# Young, Appellant, *v.* Zion Reformed Congregation.

*Practice, Supreme Court—Assignment of error—Insufficient assignment.*

An appeal from a decree which follows logically certain facts found and legal conclusions reached by the chancellor, will be quashed where none of such findings are assigned as error.

Argued May 17, 1916. Appeal, No. 115, Jan. T., 1915, by plaintiffs, from decree of C. P. York Co., Jan. T., 1914, No. 5, in equity, dismissing bill in equity for injunction in case of Harry O. Young, Harry J. Gibson, Charles Wolf, Emanuel E. Eisenhart, Lillie Rebecca Beck, and Chauncey F. E. Stouch v. Zion Reformed Congregation of York, Pa. Before BROWN, C. J., MESTREZAT, POTTER, MOSCHZISKER and FRAZER, JJ. Appeal quashed.

Bill in equity for injunction. Before WANNER, P. J. The court dismissed the bill. Plaintiff appealed.

*Error assigned* was the decree of the court.

*J. S. Black,* with him *S. B. Meisenhelder,* for appellants.

*Henry C. Niles,* with him *John A. Hoober,* for appellee.

PER CURIAM, July 1, 1916:

The decree in this case logically followed certain facts found and legal conclusions reached by the learned chancellor below, no one of which has been assigned as error.

Appeal quashed at appellants' costs.